UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 1:22-cv-00446-PLM-MV

v.

Hon. Paul L. Maloney

THE PROMETHEUS GROUP OF NEW HAMPSHIRE LIMITED, et al.,

    Defendants.
_____/

## ORDER

The Court concluded the settlement conference in this case on November 22, 2024 at which the parties settled the case. Dismissal paperwork shall be prepared for entry by United States District Judge Paul L. Maloney and shall be filed with the Court by January 10, 2025.

IT IS SO ORDERED.

Dated: November 25, 2024

    /s/ Maarten Vermaat
    MAARTEN VERMAAT
    U.S. Magistrate Judge