UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THE PROMETHEUS GROUP OF NEW HAMPSHIRE LIMITED; and RICHARD D. POORE,

    Defendants.
_____/

Case No. 1:22-cv-446

Hon. Paul L. Maloney
U.S. District Judge

Hon. Maarten Vermaat
U.S. Magistrate Judge

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties hereby jointly stipulate to the dismissal of this case with prejudice and without costs or attorney fees to any party, subject to the terms and conditions of the parties' Settlement Agreement. The stipulation of dismissal is without prejudice as to any conduct other than the Covered Conduct as that term is defined in the Settlement Agreement. This Court retains jurisdiction to enforce the terms of the parties' Settlement Agreement.

Respectfully and jointly submitted:

Dated:  January 7, 2025

/s Gary J. Mouw (with permission)
Ronald G. DeWaard
Gary J. Mouw
VARNUM LLP
333 Bridge St. NW, Ste. 1700
Grand Rapids, MI  49504
Tel: (616) 336-6424
Email: rgdewaard@varnumlaw.com
Email: gjmouw@varnumlaw.com

*Counsel for Defendants*

MARK A. TOTTEN
United States Attorney

/s Andrew J. Hull
ANDREW J. HULL
Assistant United States Attorney
U.S. Attorney's Office
Western District of Michigan
P.O. Box 208
Grand Rapids, MI 49503
Tel: (616) 456-2404
E-mail:  Andrew.Hull@usdoj.gov

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney
General
Civil Division

JAMIE A. YAVELBERG
COLIN M. HUNTLEY
JAY D. MAJORS
Civil Division
U.S. Department of Justice
175 N St., NE
Washington, D.C.  20002
Tel: (202) 307-0264
E-mail: Jay.Majors@usdoj.gov

*Counsel for Plaintiff*